# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOHN P. FAISON,

        Plaintiff,      18 **CIVIL** 10146 (ER) (SDA)

    -against-         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 31, 2020, the Court has carefully reviewed Judge Aaron;s thorough and well-reasoned R&R and finds no error, clear or otherwise; Accordingly, the R&R is adopted in its entirety; the Commissioner's Rule 12(c) motion is granted, and the case is closed.

**Dated:** New York, New York
     March 31, 2020

                    **RUBY J. KRAJICK**
                   _____
                    Clerk of Court
           **BY:**
                 _____
                    **Deputy Clerk**